B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reliable Wrecking, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-2007099** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**26W377 Saint Charles Rd**<br>**Carol Stream, IL**<br>ZIPCODE **60188-1944** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**1N525 Turnberry Ln**<br>**Winfield, IL**<br>ZIPCODE **60190-2340** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1N525 Turnberry Ln, Winfield, IL**<br>ZIPCODE **60190-2340** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Reliable Wrecking, Inc.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Reliable Wrecking, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ David J Boersma*<br>Signature of Attorney for Debtor(s)<br><br>**David J Boersma 06180071**<br>**Law Office of David J. Boersma**<br>**1776-A S. Naperville Road Suite 200**<br>**Wheaton, IL  60189-5843**<br>**(630) 653-5000  Fax: (630) 653-5083**<br><br><br><br>**December 22, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Jeffrey A. Schramer*<br>Signature of Authorized Individual<br><br>**Jeffrey A. Schramer**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**December 22, 2009**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Reliable Wrecking, Inc.** _____ Case No. _____
  Debtor(s) (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Leigh Pietsch**<br>**1776 S Naperville Rd Bldg A-200**<br>**Wheaton, IL 60189-5833** | | | **Legal services rendered since on or about January 1, 2007. Secured by general business intangibles.**<br><br>VALUE $ **500.00** | | X | | **120,000.00** | **119,500.00** |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br>VALUE $ | | | | | |
| **0** continuation sheets attached | | | | | | Subtotal (Total of this page) | $ **120,000.00** | $ **119,500.00** |
| | | | | | | Total (Use only on last page) | $ **120,000.00** | $ **119,500.00** |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Reliable Wrecking, Inc.                                           Case No. _____
             Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**2**___ continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reliable Wrecking, Inc.** _____ Case No. _____
                                                      Debtor(s)                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Michael J. Schwartz** <br> **1536 Victoria Ave** <br> **Berkeley, IL 60163-1465** | | | **Unpaid wages.** | | | | **unknown** | | |
| ACCOUNT NO. <br> **Ronald C. Zikis** <br> **5122 Mackie Place** <br> **Downers Grove, IL 60515-4708** | | | **Unpaid wages.** | | | | **unknown** | | |
| ACCOUNT NO. <br> **Ronald E. Vaden** <br> **1340 Brook St, Unit B** <br> **Saint Charles, IL 60174-1645** | | | **Unpaid wages of less than approximately $1,000.** | | | | **unknown** | | |
| ACCOUNT NO. <br> **Steven W. Bowgren** <br> **48W110 Milnamow Dr** <br> **Maple Park, IL 60151-9200** | | | **Unpaid wages of approximately $1500** | | | X | **1,500.00** | **1,500.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**2**__ continuation sheets attached to                           Subtotal
Schedule of Creditors Holding Unsecured Priority Claims                  (Totals of this page)   $ **1,500.00**   $ **1,500.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br>**Illinois Attorney General's Office**  <br>**For IL Department Of Employment Security**  <br>**33 S State St Rm 992**  <br>**Chicago, IL  60603-2804** | | | **Outstanding wages owed to former employees** | X | X | X | **unknown** | | |
| ACCOUNT NO. **9000**  <br>**Illinois Department Of Revenue**  <br>**Bankruptcy Section, Level 7-425**  <br>**100 W Randolph St**  <br>**Chicago, IL  60601-3218** | | | **Quarterly withholding taxes** | X | X | X | **1,045.63** | **1,045.63** | |
| ACCOUNT NO. **9201**  <br>**Illinois Dept. Of Employment Security**  <br>**837 Westmore-Myers Rd Ste B1**  <br>**Lombard, IL  60148-6515** | | | **Claims of unemployment benefits for former employees.** | X | X | X | **unknown** | | |
| ACCOUNT NO. **7099**  <br>**Internal Revenue Service**  <br>**Department of the Treasury**  <br>**Cincinnati, OH  45999-0025** | | | **Outstanding payroll taxes.** | X | X | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal  
(Totals of this page) $ **1,045.63**  $ **1,045.63**  $

Total  
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ **2,545.63**

Total  
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ **2,545.63**  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reliable Wrecking, Inc.** _____   Case No. _____
                        Debtor(s)                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Amcore Bank N.A.**<br>**501 7th St**<br>**Rockford, IL  61104-1242** | | | **Balance owed for two bank loans obtained in February 27, 2008 to purchase Reliable Wrecking company.** | | | | **597,506.85** |
| ACCOUNT NO.<br>**Amcore Bank N.A.**<br>**1210 S Alpine Rd**<br>**Rockford, IL  61108-3946** | | | **Assignee or other notification for:**<br>**Amcore Bank N.A.** | | | | |
| ACCOUNT NO.<br>**Fred R. Harbecke**<br>**Attorney For Amcore Bank, N.A.**<br>**29 S Lasalle St Ste 945**<br>**Chicago, IL  60603-1526** | | | **Assignee or other notification for:**<br>**Amcore Bank N.A.** | | | | |
| ACCOUNT NO. **1007**<br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA  90096-8000** | | | **Corporate credit card debt.** | X | X | X | **4,120.03** |

_**12**_ continuation sheets attached

Subtotal (Total of this page) $ **601,626.88**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reliable Wrecking, Inc.** _____  Case No. _____
             Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1005** <br> **American Express** <br> **P.O. Box 0001** <br> **Los Angeles, CA  90096-8000** | | | **Corporate debt.  Account closed.** | X | X | X | **unknown** |
| ACCOUNT NO. <br> **American Portable Restrooms** <br> **PO Box 345** <br> **Wheaton, IL  60187-0345** | | | **Portable restroom invoices from 4/1/09-10/01/09.** | | | | **300.00** |
| ACCOUNT NO. <br> **AmTrust North America** <br> **59 Maiden Ln 6th Fl** <br> **New York, NY  10038-4502** | | | **Insurance services.** | X | X | X | **6,430.36** |
| ACCOUNT NO. <br> **Allied Interstate** <br> **For AmTrust North American** <br> **12655 N Central Expressway** <br> **Dallas, TX  75243-1700** | | | **Assignee or other notification for:** <br> **AmTrust North America** | | | | |
| ACCOUNT NO. **1856** <br> **AT&T Midwest** <br> **Attn:  Bankruptcy Department** <br> **PO Box 769** <br> **Arlington, TX  76004-0769** | | | **Telephone services debt** | | | | **240.16** |
| ACCOUNT NO. <br> **Southwest Credit Systems, L.P.** <br> **For AT&T Midwest** <br> **5910 W Plano Pkwy Ste 100** <br> **Plano, TX  75093-2202** | | | **Assignee or other notification for:** <br> **AT&T Midwest** | | | | |
| ACCOUNT NO. <br> **Barge Terminal Trucking** <br> **115 Kirkland Circle** <br> **Oswego, IL  60543-8769** | | | **Judgment entered before October 2009 for purchases of goods and materials.** | | | | **36,840.00** |

Sheet no. __1__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **43,810.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

Case 09-48514    Doc 1    Filed 12/22/09    Entered 12/22/09 23:43:33    Desc Main
                          Document          Page 10 of 20

IN RE **Reliable Wrecking, Inc.**_____    Case No. _____
              Debtor(s)                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Terrence J. Benshoof**<br>**For Barge Terminal Trucking, Inc.**<br>**170 Spring Ave**<br>**Glen Ellyn, IL  60137-4838** | | | **Assignee or other notification for:**<br>**Barge Terminal Trucking** | | | | |
| ACCOUNT NO. **5200**<br>**Caterpillar**<br>**Patten Industries**<br>**635 W Lake St**<br>**Elmhurst, IL  60126-1409** | | | **Debt invoiced from 1/31/09 - 3/31/09** | | | | **2,794.68** |
| ACCOUNT NO.<br>**Chicago Mack**<br>**7900 Bulldog Dr**<br>**Summit Argo, IL  60501-1436** | | | **Multiple work order invoices from June 2008 through February 2009.** | | | | **835.04** |
| ACCOUNT NO. **9125**<br>**City Of Naperville**<br>**400 S Eagle St**<br>**Naperville, IL  60566-7020** | | | **Truck permits fee incurred 5/15/09.** | | | | **300.40** |
| ACCOUNT NO. **8023**<br>**Com Ed-Customer Care Center**<br>**Attn: Revenue Management**<br>**2100 Swift Dr**<br>**Oak Brook, IL  60523-1559** | | | **Corporate debt.** | | | | **477.81** |
| ACCOUNT NO.<br>**I.C. Sysrem, Inc**<br>**For ComEd**<br>**PO Box 64378**<br>**Saint Paul, MN  55164-0378** | | | **Assignee or other notification for:**<br>**Com Ed-Customer Care Center** | | | | |
| ACCOUNT NO. **5720**<br>**Comcast Cable**<br>**PO Box 3001**<br>**Southeastern, PA  19398-3001** | | | **Comcast cable services at corporate office incurred prior to 10/20/09** | | | | **581.06** |

Sheet no. __2__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,988.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.
Case 09-48514    Doc 1    Filed 12/22/09    Entered 12/22/09 23:43:33    Desc Main
                         Document          Page 11 of 20

IN RE **Reliable Wrecking, Inc.**                                              Case No. _____
         Debtor(s)                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0711**<br>**Community Bank Of Wheaton/Glen Ellyn**<br>**1901 N Gary Ave**<br>**Wheaton, IL 60187-3056** | | | **Overdrafted business checking account.** | | | | **1,747.97** |
| ACCOUNT NO.<br>**Concrush, Inc.**<br>**31W007 North Ave**<br>**West Chicago, IL 60185-1088** | | | **Material loads invoiced in 2/2009 ($777.56) and 6/17/09 ($154.44).** | | X | | **932.00** |
| ACCOUNT NO. **9728**<br>**Deutsch's Truck And Diesel Repair**<br>**625 W Roosevelt Rd**<br>**West Chicago, IL 60185-4812** | | | **Truck parts ordered on or about May 8, 2009.** | | | | **222.96** |
| ACCOUNT NO. **5592**<br>**Dex**<br>**AT&T Real Yellow Pages**<br>**PO Box 660835**<br>**Dallas, TX 75266-0835** | | | **Corporate advertising debt.** | | | | **2,197.35** |
| ACCOUNT NO. **1710**<br>**DuPage County Division Of Transportation**<br>**421 N County Farm Rd**<br>**Wheaton, IL 60187-3978** | | | **Permit fee incurred before 8/6/2009.** | | | | **290.00** |
| ACCOUNT NO. **L100**<br>**DuPage Topsoil**<br>**PO Box 387**<br>**Wheaton, IL 60187-0387** | | | **Soil deliveries on or about 6/30/09 and 8/18/09.** | | | | **677.83** |
| ACCOUNT NO. **144**<br>**E.F. Heil LLC**<br>**12152 S. Naperville/Plainfield Road**<br>**Plainfield, IL 60585-3598** | | | **Corporate debt ifor semi dumping nvoiced 8/5/09 and 8/11/09.** | | | | **350.00** |

Sheet no. __3__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **6,418.11**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

Case 09-48514   Doc 1   Filed 12/22/09   Entered 12/22/09 23:43:33   Desc Main
Document      Page 12 of 20

IN RE **Reliable Wrecking, Inc.** _____   Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Earth, Inc.**<br>**810 N Arlington Heights Rd**<br>**Itasca, IL  60143-2875** | | | **Dump fees and stone yard fees incurred from June-Sept 2009.** | | | | **885.00** |
| ACCOUNT NO. **7970**<br>**Feece Oil Company**<br>**1700 Hubbard Ave**<br>**Batavia, IL  60510-1424** | | | **Open account.** | | | | **2,934.85** |
| ACCOUNT NO.<br>**Transworld Systems, Inc.**<br>**For Feece Oil Company**<br>**25 Northwest Point Blvd Ste 750**<br>**Elk Grove Village, IL  60007-1058** | | | **Assignee or other notification for:**<br>**Feece Oil Company** | | | | |
| ACCOUNT NO. **6911**<br>**First Insurance Funding Corporation**<br>**PO Box 66468**<br>**Chicago, IL  60666-0468** | | | **Insurance policy premiums** | | | | **4,864.17** |
| ACCOUNT NO.<br>**William J. Kamm & Sons, Inc.**<br>**For First Insurance**<br>**PO Box 129**<br>**Medinah, IL  60157-0129** | | | **Assignee or other notification for:**<br>**First Insurance Funding Corporation** | | | | |
| ACCOUNT NO. **8049**<br>**Flood Brothers**<br>**17W697 Butterfield Rd Ste E**<br>**Oakbrook Terrace, IL  60181-4042** | | | **Garbage disposal services** | | | | **564.99** |
| ACCOUNT NO.<br>**Coast To Coast Financial Solutions**<br>**For Flood Brothers Disposal**<br>**101 Hodencamp Rd Ste 120**<br>**Thousand Oaks, CA  91360-5831** | | | **Assignee or other notification for:**<br>**Flood Brothers** | | | | |

Sheet no. __4__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **9,249.01**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reliable Wrecking, Inc.** _____ Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Flood Brothers Disposal & Recycling**<br>**PO Box 95229**<br>**Palatine, IL  60095-0229** | | | **Assignee or other notification for:**<br>**Flood Brothers** | | | | |
| ACCOUNT NO. **8324**<br>**Genuine Parts Company/NAPA Auto Parts**<br>**5959 Collections Center Drive**<br>**Chicago, IL  60693-0001** | | | **Vehicle parts ordered in late 2008 and/or early 2009.** | | | | **522.76** |
| ACCOUNT NO.<br>**American Financial Management, Inc.**<br>**For Genuine Part Co/NAPA**<br>**3715 N Ventura Dr**<br>**Arlington Heights, IL  60004-7678** | | | **Assignee or other notification for:**<br>**Genuine Parts Company/NAPA Auto Parts** | | | | |
| ACCOUNT NO.<br>**Genuine Part Co/NAPA**<br>**4625 River Green Pkwy**<br>**Duluth, GA  30096-2583** | | | **Assignee or other notification for:**<br>**Genuine Parts Company/NAPA Auto Parts** | | | | |
| ACCOUNT NO.<br>**Law Offices Of Barry Serota And Assoc.**<br>**For Genuine Part Co/NAPA**<br>**PO Box 1008**<br>**Arlington Heights, IL  60006-1008** | | | **Assignee or other notification for:**<br>**Genuine Parts Company/NAPA Auto Parts** | | | | |
| ACCOUNT NO. **3707**<br>**Guardian Life Insurance**<br>**Midwest Regional Office**<br>**PO Box 8012**<br>**Appleton, WI  54912-8012** | | | **Life insurance policy premiums.** | | | | **207.41** |
| ACCOUNT NO.<br>**Guardian Life Insurance**<br>**2300 E Capitol Dr**<br>**Appleton, WI  54911-8730** | | | **Assignee or other notification for:**<br>**Guardian Life Insurance** | | | | |

Sheet no. __5__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **730.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reliable Wrecking, Inc.** _____  Case No. _____
 Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **LI01**<br>**Harts Tractor Company**<br>**249 W Lake St**<br>**Elmhurst, IL  60126-1506** | | | **Tractor services rendered from on or about 4/22/2008 - 8/25/08** | | | | **8,022.99** |
| ACCOUNT NO.<br>**Nigro, Westfall & Gryska, P.C.**<br>**For Harts Tractor Company, Inc.**<br>**1793 Bloomingdale Rd**<br>**Glendale Heights, IL  60139-3800** | | | **Assignee or other notification for:**<br>**Harts Tractor Company** | | | | |
| ACCOUNT NO. **W121**<br>**Heartland Recylcing, L.L.C**<br>**6201 Canal Bank Rd**<br>**Berwyn, IL  60402-4513** | | | **Load dumping charges from multiple invoices.** | X | X | X | **49,100.47** |
| ACCOUNT NO.<br>**Joseph Volini**<br>**For Heartland Recycling**<br>**6201 Canal Bank Rd**<br>**Berwyn, IL  60402-4513** | | | **Assignee or other notification for:**<br>**Heartland Recylcing, L.L.C** | | | | |
| ACCOUNT NO.<br>**Holstein's Garage**<br>**309 W Front St**<br>**Wheaton, IL  60187-5015** | | | **Truck repair services rendered May 2009** | | | | **144.00** |
| ACCOUNT NO.<br>**Howell Tractor And Equipment, LLC**<br>**PO Box 88662**<br>**Chicago, IL  60680-1662** | | | **Track and tractor parts and equipment from 2/2009 - 6/23/09** | | | | **537.61** |
| ACCOUNT NO. **3001**<br>**HUB International**<br>**601 Oakmont Ln Ste 400**<br>**Westmont, IL  60559-5570** | | | **Surety bonds** | | | | **150.00** |

Sheet no. __6__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **57,955.07**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

Case 09-48514    Doc 1    Filed 12/22/09    Entered 12/22/09 23:43:33    Desc Main
                     Document      Page 15 of 20

IN RE **Reliable Wrecking, Inc.** _____ Case No. _____
                              Debtor(s)                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Intl Union Of Operating Engineers**<br>**6200 Joliet Rd**<br>**Countryside, IL 60525-3992** | | | **Administrative dues allegedly for June and July 2009.** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**IUOE Local 150 Administrative Dues**<br>**PO Box 94427**<br>**Chicago, IL 60690-4427** | | | **Assignee or other notification for:**<br>**Intl Union Of Operating Engineers** | | | | |
| ACCOUNT NO.<br>**Jonlyn & Associates, Inc.**<br>**1776-A S Naperville Rd, Suite 206**<br>**Wheaton, IL 60189-5833** | | | **Corporate and payroll tax return services including carryover of balance forward of $3,200 on 12/31/08.** | | | | **3,454.96** |
| ACCOUNT NO. **0000**<br>**Liberty Mutual Surety**<br>**PO Box 11223**<br>**Tacoma, WA 98411-0223** | | | **Surety bond** | | | | **50.00** |
| ACCOUNT NO.<br>**William J. Kamm & Sons, Inc.**<br>**For Liberty Mutual**<br>**PO Box 129**<br>**Medinah, IL 60157-0129** | | | **Assignee or other notification for:**<br>**Liberty Mutual Surety** | | | | |
| ACCOUNT NO. **6319**<br>**Mack Of Joliet**<br>**23928 Winchester**<br>**Channahon, IL 60410-3288** | | | **Truck repair on or about 6/04/08** | X | | | **116.05** |
| ACCOUNT NO.<br>**McGraw Hill Companies**<br>**7625 Collection Center Drive**<br>**Chicago, IL 60693-0076** | | | **Auto repair services to company vehicle in August and September 2008.** | | | | **103.86** |

Sheet no. ____7____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,724.87**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reliable Wrecking, Inc.** _____ Case No. _____
                Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CST Co., Inc.<br>For McGraw-Hill Construction<br>PO Box 33127<br>Louisville, KY 40232-3127 | | | Assignee or other notification for:<br>McGraw Hill Companies | | | | |
| ACCOUNT NO. 2739<br>Midwest Operating Engineers Fringe Ben<br>6150 Joliet Rd<br>Countryside, IL 60525-3994 | | | Alledged fringe beenfit payments due for May, June, July and thereafter 2009. | X | X | X | unknown |
| ACCOUNT NO. 5463<br>National Construction Rentals<br>PO Box 4503<br>Pacoima, CA 91333-4503 | | | Rental charges. | | | | 268.80 |
| ACCOUNT NO. 5501<br>Nicor Gas<br>PO Box 8350<br>Aurora, IL 60507-8350 | | | Natural gas services. | | | | 330.68 |
| ACCOUNT NO.<br>NCO Financial Systems, Inc.<br>For Nicor Gas<br>PO Box 17196<br>Baltimore, MD 21297-1196 | | | Assignee or other notification for:<br>Nicor Gas | | | | |
| ACCOUNT NO. 1266<br>Office Of The Secretary Of State<br>Room 235 - Howlett Building<br>Springfield, IL 62756-0001 | | | Claim for licensing of corporate vehicles. | X | X | X | 11,594.00 |
| ACCOUNT NO. 2016<br>Pomps Tire Service, Inc.<br>PO Box 1630<br>Green Bay, WI 54305-1630 | | | Services rendered on or about 6/15/09. | | | | 755.57 |

Sheet no. __8__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **12,949.05**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Reliable Wrecking, Inc.** _____ Case No. _____
   Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4270**<br>**Prairie State Water Systems, Inc.**<br>**48W557 State Route 64**<br>**Maple Park, IL  60151-8578** | | | **Well sealing services in January and February 2009.** | | | | **1,980.00** |
| ACCOUNT NO.<br>**Rapid Recovery**<br>**8971 W Bloomfield Rd**<br>**Peoria, AZ  85381-6140** | | | **Services rendered on or about 5/13/09** | | | | **150.00** |
| ACCOUNT NO. **0212**<br>**Rental Max**<br>**908 E Roosevelt Rd**<br>**Wheaton, IL  60187-5651** | | | **Rental of equipment on or about 8/28/09** | | | | **514.30** |
| ACCOUNT NO.<br>**Selsor's Pumping Service, Inc.**<br>**PO Box 9**<br>**Wheaton, IL  60187-0009** | | | **Multiple invoices prior to 5/31/09.** | | | | **1,100.00** |
| ACCOUNT NO.<br>**Tyler Medical Services**<br>**525 Tyler Rd Ste J**<br>**Saint Charles, IL  60174-3363** | | | **Drug screening for employees** | | | | **165.00** |
| ACCOUNT NO. **1623**<br>**U.S. Cellular**<br>**P.O. Box 0203**<br>**Palatine, IL  60055-0203** | | | **Telephone services to Reliable Wrecking, Inc.** | | | | **1,714.35** |
| ACCOUNT NO.<br>**Union Oil Of Union, IL**<br>**18720 State Route 176**<br>**Marengo, IL  60152-9472** | | | **Fuel purchases.** | | | | **7,180.42** |

Sheet no. __9__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $  **12,804.07**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Reliable Wrecking, Inc.** _____   Case No. _____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Van Hoesen Industries, Inc.**<br>**North Branch Environmental**<br>**7N458 Garden Ave**<br>**Roselle, IL  60172-1736** | | | **Freight handling and disposal invoice from 8/11/2008.** | X | X | X | **75.00** |
| ACCOUNT NO. **210C**<br>**Veolia Environmental**<br>**766 Hunter Drive**<br>**Batavia, IL  60510-1426** | | | **Waste hauling services balance due over numerous invoices.** | | | | **4,800.00** |
| ACCOUNT NO.<br>**Receivable Management Services (RMS)**<br>**For Veolia Environmental**<br>**4836 Brecksville Rd**<br>**Richfield, OH  44286-9177** | | | **Assignee or other notification for:**<br>**Veolia Environmental** | | | | |
| ACCOUNT NO. **5615**<br>**Village Of Hinsdale**<br>**19 E Chicago Ave**<br>**Hinsdale, IL  60521-3489** | | | **Overweight permits** | | | | **290.00** |
| ACCOUNT NO.<br>**A/R Concepts, Inc.**<br>**For Village Of Hinsdale**<br>**33 W Higgins Rd Ste 715**<br>**South Barrington, IL  60010-9103** | | | **Assignee or other notification for:**<br>**Village Of Hinsdale** | | | | |
| ACCOUNT NO. **0093**<br>**Village Of Palatine**<br>**200 E Wood St**<br>**Palatine, IL  60067-5339** | | | **Potential code violation with regard to incomplete demolition of residence at 833 W. Hillside, Palatine, IL.** | | | | **unknown** |
| ACCOUNT NO. **3135**<br>**Waste Management**<br>**Prairie View RDF**<br>**29755 S Prairieview**<br>**Wilmington, IL  60481-7609** | | | **Waste removal services for corporation.** | | | | **2,910.60** |

Sheet no. __10__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **8,075.60**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Reliable Wrecking, Inc.** _____  Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1889**<br>**West Bend Mutual Insurance Company**<br>**1900 S 18th Ave**<br>**West Bend, WI  53095-8796** | | | **Corporate insurance policy premiums.** | X | X | X | **6,732.96** |
| ACCOUNT NO.<br>**Joseph, Mann & Creed**<br>**For West Bend Mutual Insurance**<br>**PO Box 22253**<br>**Beachwood, OH  44122-0253** | | | **Assignee or other notification for:**<br>**West Bend Mutual Insurance Company** | | | | |
| ACCOUNT NO.<br>**Law Office Of Phillip R. Sauer**<br>**For West Bend Mutual Insurance Co.**<br>**3 Golf Ctr Ste 352**<br>**Hoffman Estates, IL  60169-4910** | | | **Assignee or other notification for:**<br>**West Bend Mutual Insurance Company** | | | | |
| ACCOUNT NO.<br>**West DuPage Recycling And Transfer**<br>**2351 Powis Rd**<br>**West Chicago, IL  60185-1013** | | | **services incurred mainly in 2008.  Court judgment entered in 2009 for balance owed and attorney fees and costs.** | | | | **62,611.42** |
| ACCOUNT NO.<br>**Tiesenga Gottlieb And Reinsma, LLP**<br>**For West DuPage Recyling & Transfer**<br>**1200 Harger Rd Ste 830**<br>**Oak Brook, IL  60523-1835** | | | **Assignee or other notification for:**<br>**West DuPage Recycling And Transfer** | | | | |
| ACCOUNT NO. **6312**<br>**West Side Tractor Sales**<br>**West Side Exchange**<br>**Dept. 4570**<br>**Chicago, IL  60680-0618** | | | **Balance of invoice from 10/15/08 plus finance charges.** | | | | **462.70** |
| ACCOUNT NO.<br>**William G. Schwartz**<br>**1385 Medinah Drive**<br>**Itasca, IL  60143-1970** | | | **Unsecured loan to Reliable Wrecking , Inc. on or about June 2009.** | | | | **100,000.00** |

Sheet no. __**11**__ of __**12**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **169,807.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 09-48514    Doc 1    Filed 12/22/09    Entered 12/22/09 23:43:33    Desc Main
Document      Page 20 of 20

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Reliable Wrecking, Inc.** _____ Case No. _____
                                                      Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4520** <br> **William J. Kamm & Sons, Inc.** <br> **For Safeco Surety Ins Co** <br> **PO Box 129** <br> **Medinah, IL 60157-0129** | | | **Unpaid surety bond invoiced 6/8/09** | | | | **100.00** |
| ACCOUNT NO. <br> **William J. Kamm & Sons, Inc.** <br> **7N024 Medinah Rd** <br> **Medinah, IL 60157-9620** | | | **Insurance services.** | | | | **100.00** |
| ACCOUNT NO. **9048** <br> **Williams Scotsman, Inc.** <br> **Corporate Operations** <br> **8211 Town Center Dr** <br> **Nottingham, MD 21236-5904** | | | **Bills for corporate storage space.** | | | | **1,010.00** |
| ACCOUNT NO. <br> **Williams Scotsman, Inc.** <br> **PO Box 91975** <br> **Chicago, IL 60693-1975** | | | **Assignee or other notification for:** <br> **Williams Scotsman, Inc.** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __12__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,210.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **933,349.42**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only